NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL LEE JACOBS,       )
DOC #T21384,              )
                         )
          Appellant,      )
                         )
v.                        )          Case No. 2D18-966
                         )
STATE OF FLORIDA,         )
                         )
          Appellee.       )
_____)

Opinion filed December 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Michael Lee Jacobs, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.

NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.